# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA 22-00457M |
| Date | June 23, 2022 |
| Title | United States of America v. Emmanuel Guillen |

**Present: The Honorable** Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| | |

**Proceedings:** (In Chambers) Order of Detention

Defendant appeared after being taken into custody on an arrest warrant issued by the United States District Court for the Southern District of California on a petition alleging that he violated the drug testing and reporting conditions of his pretrial release. The Court finds that based on the record before it that Defendant is not likely to abide by any condition or combination of conditions of release. IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings in this matter.

Initials of Preparer

DOUGLAS F. McCORMICK
6-23-22